**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LEAH GARRETT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY UNIVERSITY OF NEW YORK,<br><br>　　　　Defendant. | Civil Case No.: 24-cv-09710-VSB<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned is admitted to practice in this Court and hereby enters his appearance in this case as on behalf of Plaintiff Leah Garrett in the above-captioned proceeding, and requests that copies of all notices and other papers in the above-captioned action be sent to: Seth M. Cohen, Alston & Bird, 90 Park Avenue, New York, New York 10016; seth.cohen@alston.com.

　　Dated: December 19, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Seth M. Cohen*
　　　　　　　　　　　　　　　　　　　　Seth M. Cohen
　　　　　　　　　　　　　　　　　　　　ALSTON & BIRD
　　　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　D:　212-905-9035
　　　　　　　　　　　　　　　　　　　　seth.cohen@alston.com

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*