UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

LEAH GARRETT

                Plaintiff,

                                      **NOTICE OF MOTION**
                                      **TO DISMISS THE COMPLAINT**

-against-                                          Case No. 24-CV-9710 (VSB)

THE CITY UNIVERSITY OF NEW YORK,        **ORAL ARGUMENT**
                                                         **REQUESTED**

                Defendant.

───────────────────────────────────────────

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior pleadings, papers and proceedings herein, Defendant the City University of New York ("CUNY"), will move this Court, before the Honorable Vernon S. Broderick, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, New York, New York, for an order dismissing the Complaint in this action pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction and failure to state a claim, with prejudice, and granting such other and further relief as the Court deems to be just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and Rule 6 of the Federal Rules of Civil Procedure, Plaintiff's opposition to Defendant's motion to dismiss is due by March 24, 2025, and Defendants' reply is due by March 31, 2025.

Dated:  New York, New York
           March 10, 2025

Respectfully submitted,

LETITIA JAMES
Attorney General
State of New York
*Attorney for Defendant CUNY*

By:     <u>*Shaina Schwartz*</u>
        Shaina L. Schwartz
        Assistant Attorney General
        28 Liberty Street
        New York, New York 10005
        Tel.: (212) 416-8560
        shaina.schwartz@ag.ny.gov