UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
LEAH GARRETT,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :        24-CV-9710 (VSB)
              -against-                                     :
                                                            :        **ORDER OF REFERENCE**
THE CITY UNIVERSITY OF NEW YORK,                            :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      The above-entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ____ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ____ | Habeas Corpus |
| ____ | Settlement | ____ | Social Security |
| ____ | Inquest After Default/Damages Hearing | __X__ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: (Doc. 11) Motion to Dismiss_____ |

SO ORDERED.
Dated:    March 11, 2025
           New York, New York

                                                                    Vernon S. Broderick
                                                                     United States District Judge