UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LEAH GARRETT,

                          Plaintiff,                24-CV-9710 (VSB) (RWL)

       - against -

                                                **ORDER**

CITY UNIVERSITY OF NEW YORK,

                        Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at today's case management conference, Defendant's motion for a stay pending decision on their motion to dismiss is denied for the reasons stated on the record.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 17.

                                              SO ORDERED.

                                        _____
                                        ROBERT W. LEHRBURGER
                                        UNITED STATES MAGISTRATE JUDGE

Dated: April 24, 2025
        New York, New York

Copies transmitted this date to all counsel of record.

1