# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**VIA ECF**

April 24, 2025

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Garrett v. City Univ. of New York*, **No. 24-cv-9710 (VSB)**

Dear Judge Lehrberger:

      We represent Plaintiff Leah Garrett in connection with the above-referenced action. We write to the Court in accordance with Rule III(H) of the Court's Individual Rules and Practices to respectfully request oral argument on Defendant City University of New York's Motion to Dismiss the Complaint (ECF. No. 11).

      Respectfully submitted,

      */s/ Michael C. Hefter*
      Michael C. Hefter
      Seth M. Cohen
      Alan M. Mendelsohn
      **ALSTON & BIRD LLP**
      90 Park Avenue
      New York, NY 10016
      T: 212-210-9400
      michael.hefter@alston.com
      seth.cohen@alston.com
      alan.mendelsohn@alston.com

      *Attorneys for Plaintiff*

Alston & Bird LLP      www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.