# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Granted.    The Court will
schedule oral argument in
due course.

SO ORDERED:

4/25/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**

April 24, 2025

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Garrett v. City Univ. of New York,* No. 24–cv–9710 (VSB)

Dear Judge Lehrberger:

We represent Plaintiff Leah Garrett in connection with the above-referenced action. We write to the Court in accordance with Rule III(H) of the Court's Individual Rules and Practices to respectfully request oral argument on Defendant City University of New York's Motion to Dismiss the Complaint (ECF. No. 11).

Respectfully submitted,

*/s/ Michael C. Hefter*
Michael C. Hefter
Seth M. Cohen
Alan M. Mendelsohn
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
T: 212-210-9400
michael.hefter@alston.com
seth.cohen@alston.com
alan.mendelsohn@alston.com

*Attorneys for Plaintiff*

Alston & Bird LLP                                                                    www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D C