

**Office of the New York State Attorney General**

**Letitia James Attorney General**

May 16, 2025

**By ECF**

Honorable Robert W. Lehrburger
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED:

5/16/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Re:   *Garrett v. City Univ. of New York*, No. 24-cv-9710 (VSB)(RWL)

Dear Judge Lehrburger:

This office represents defendant City University of New York ("CUNY") in the above-referenced matter. I write pursuant to section I.D of Your Honor's Practices in Civil Cases to respectfully request a one-week extension of time from May 22, 2025 to May 29, 2025 for defendant to file its reply memorandum of law in further support of its motion to dismiss.

Defendant moved to dismiss the Complaint on March 10, 2025. ECF No. 11. Plaintiff filed her opposition to defendant's motion to dismiss on April 22, 2025. ECF No. 12. Defendant's current deadline to file its reply memorandum of law is May 22, 2025. *See* ECF No. 15 (Order dated March 12, 2025). The requested extension is necessary for CUNY to finalize its reply memorandum of law.

Plaintiff consents to the requested extension. This is defendant's first request for an extension of the deadline to file its reply memorandum of law, and the requested extension does not affect any other dates in the case.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ *Shaina Schwartz*
Shaina L. Schwartz
Assistant Attorney General
28 Liberty Street
New York, New York 10005
shaina.schwartz@ag.ny.gov
212-416-8560

Honorable Robert W. Lehrburger  Page 2 of 2
May 16, 2025

cc:   Alan M. Mendelsohn (*via* ECF)
      Seth M. Cohen (*via* ECF)
      Ziporah Reich (*via* ECF)
      Michael C. Hefter (*via* ECF)