

**Office of the New York State Attorney General**

**Letitia James
Attorney General**

July 22, 2025

**By ECF**

Honorable Robert W. Lehrburger
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Garrett v. City Univ. of New York*, No. 24-cv-9710 (VSB)(RWL)

Dear Judge Lehrburger:

    This Office represents defendant City University of New York ("CUNY") in the above-referenced matter. In connection with CUNY's pending motion to dismiss, we write to notify the Court of several recent decisions, including (i) two recent decisions dismissing Title VI discrimination claims: *Landau v. The Corporation of Haverford College*, Civil Action No. 24-2044, 2025 WL 1796473 (E.D.Pa June 30, 2025) and *Yakoby v. The Trustees of the Univ. of Pennsylvania*, Civil Action No. 23-4789, 2025 WL 1558522 (E.D.Pa June 2, 2025); and (ii) a recent decision dismissing a Title VII retaliation claim: *Kopmar v. The Ass'n of Legal Aid Attorneys*, No. 24-cv-5158 (JPO), 2025 WL 1939048 (S.D.N.Y. July 15, 2025).

    Thank you for your time and attention to this matter.

    Respectfully submitted,

    /s/ *Shaina Schwartz*
    Shaina L. Schwartz
    Assistant Attorney General
    28 Liberty Street
    New York, New York 10005
    shaina.schwartz@ag.ny.gov
    212-416-8560

cc:    All counsel of record (*via* ECF)