UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leah Garrett,<br><br>    Plaintiff,<br><br>v.<br><br>City University of New York,<br><br>    Defendant. | Case No. 24-cv-9710 (VSB) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(A)(1)(A(II)**

  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Leah Garrett ("Plaintiff") by and through her undersigned counsel, hereby give notice that Counts II, III, and IV of the Complaint in the above-captioned action are voluntarily dismissed without prejudice to the right to pursue such counts in the New York State Court of Claims.

Dated: New York, New York
   September 16, 2025

**ALSTON & BIRD LLP**

By:  */s/ Michael C. Hefter*
   Michael C. Hefter
   Seth M. Cohen
   Alan M. Mendelsohn
   90 Park Avenue
   New York, NY 10016
   T: 212-210-9400
   michael.hefter@alston.com
   seth.cohen@alston.com
   alan.mendelsohn@alston.com