UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Leah Garrett,<br><br>                Plaintiff,<br><br>v.<br><br>City University of New York,<br><br>                Defendant. | Case No. 24-cv-9710 (VSB) |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(A)(1)(A(II)

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Leah Garrett ("Plaintiff") by and through her undersigned counsel, hereby give notice that Counts II, III, and IV of the Complaint in the above-captioned action are voluntarily dismissed without prejudice to the right to pursue such counts in the New York State Court of Claims.

Dated: New York, New York
September 16, 2025

**ALSTON & BIRD LLP**

By:  /s/ Michael C. Hefter
     Michael C. Hefter
     Seth M. Cohen
     Alan M. Mendelsohn
     90 Park Avenue
     New York, NY 10016
     T: 212-210-9400
     michael.hefter@alston.com
     seth.cohen@alston.com
     alan.mendelsohn@alston.com

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

Date:  September 17, 2025

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, "the plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Because Defendant has not done so, a court order is not required to effectuate this dismissal. Even so, for the avoidance of doubt, Counts II, III, and IV are dismissed.  Count I remains unchanged.