UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
LEAH GARRETT,                                                :
                                                             :
                           Plaintiff,         :    24-CV-9710 (VSB) (RLW)
                                                             :
            - against -                  :    **RULE 502(d) ORDER**
                                                             :
CITY UNIVERSITY OF NEW YORK                                  :
                                                             :
                       Defendant.                    :
                                                             :
                                                             :
                                                             :
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge:**

1. The production of privileged or work-product protected documents, electronically stored information ("ESI") or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding.  This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).  The provisions of Federal Rule of Evidence 502(b) do not apply.

2. Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or other information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

SO ORDERED:

10/28/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1