# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

**BY ECF**

November 19, 2025

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

   Re: *Garrett v. City Univ. of New York,* No. 24-cv-9710 (VSB) (RWL)

Dear Judge Lehrburger:

  On behalf of Plaintiff Leah Garrett, and with Defendant CUNY's consent, (together, the "Parties"), we respectfully move pursuant to Rule I(D) of Your Honor's Individual Practices in Civil Cases and Local Rule 7.1(e) to adjourn the discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order (ECF No. 25).

  As reflected in the Parties' October 27, 2025 joint status letter (ECF No. 45), document production has proceeded on a rolling basis. The Parties continue to work in good faith to complete their productions, but additional time is needed. Additionally, the Parties have sought to resolve discovery issues collaboratively, yet one dispute remains unsolved. Plaintiff will therefore file a letter motion to compel this week.

  Depositions likewise require additional time. Document production remains incomplete, and CUNY Hunter's academic calendar presents practical constraints—final examinations conclude in December, followed by a break during which we anticipate witnesses may be unavailable.

  The Parties therefore jointly request that the Court adjourn the discovery deadlines as follows:

Alston & Bird LLP   www.alston.com

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

November 19, 2025
Page 2

|  | Original Deadlines | Proposed Deadlines |
|---|---|---|
| Deadline to meet and confer on a schedule for expert disclosures (Section 9(d))[1] | November 7, 2025 | January 16, 2026 |
| Completion of all fact discovery (Section 8(a)) | November 21, 2025 | March 3, 2026 |
| Completion of depositions (Section 8(d)) | November 21, 2025 | March 3, 2026 |
| Completion of expert discovery (Section 9(c)) | February 19, 2026 | June 1, 2026 |

      The parties have not previously requested an adjournment of any of the foregoing deadlines.

Respectfully submitted,

*/s/ Michael C. Hefter*
Michael C. Hefter
Seth M. Cohen
Alan M. Mendelsohn
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
T: 212-210-9400
michael.hefter@alston.com
seth.cohen@alston.com
alan.mendelsohn@alston.com

Ziporah Reich
**THE LAWFARE PROJECT**
90 Park Avenue
633 Third Avenue, 21st Floor New York, NY 10017
T: 212-339-6995
ziporah@thelawfareproject.org

*Attorneys for Plaintiff*

Cc:    Shaina Schwartz (*via* ECF)

---

[1] Although this deadline has passed, the Parties agree that if the other discovery deadlines are adjourned, a new deadline should be set for the Parties to determine a schedule for expert disclosures.