UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LEAH GARRETT,

                      Plaintiff,                      24-CV-9710 (VSB) (RWL)

     - against -

                                                  **ORDER**

CITY UNIVERSITY OF NEW YORK,

                     Defendant.
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      As discussed at the discovery conference held on December 16, 2025, via Microsoft Teams, and for the reasons stated thereat, Plaintiff's motion to compel at Dkt. 56 is granted.

      The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 56.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated: December 16, 2025
        New York, New York

Copies transmitted this date to all counsel of record.