# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Granted

SO ORDERED:

3/2/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**BY ECF**

February 27, 2026

Honorable Robert W. Lehrburger
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

     Re:    *Garrett v. City Univ. of New York,* No. 24-cv-9710 (VSB) (RWL)

Dear Judge Lehrburger:

On behalf of Plaintiff Leah Garrett, and Defendant City University of New York ("CUNY"), (together, the "Parties"), the parties jointly respectfully move pursuant to Rule I(D) of Your Honor's Individual Practices in Civil Cases and Local Rule 7.1(e) to adjourn the discovery deadlines set forth in the Civil Case Management Plan and Scheduling Order (ECF No. 25) as modified by this Court's Order (ECF No. 52).

The parties continue to work diligently to complete their respective productions, including in response to the Court's Order granting Plaintiff's Motion to Compel (ECF No. 58). Notwithstanding those efforts, the parties will be unable to complete their productions before the discovery cutoff and, as a result, have not yet commenced depositions. The parties therefore respectfully seek a modified schedule that affords additional time to complete fact discovery.

The Parties therefore jointly request that the Court further adjourn the discovery deadlines as follows:

| | Original Deadlines | Proposed Deadlines |
|---|---|---|
| Completion of all document productions | NA | March 13, 2026 |
| Completion of all fact discovery (Section 8(a)) | March 3, 2026 | June 11, 2026 |
| Completion of depositions (Section 8(d)) | March 3, 2026 | June 11, 2026 |
| Deadline to meet and confer on a schedule for | January 16, 2026 | May 11, 2026 |

Atlanta | Brussels | Century City | Charlotte | Chicago | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

February 27, 2026
Page 2

| expert disclosures (Section 9(d)) | | |
|---|---|---|

   The parties have made one prior request for an adjournment of the foregoing deadlines.

            Respectfully submitted,

*/s/ Shaina L. Schwartz*        */s/ Michael C. Hefter*

Shaina L. Schwartz         Michael C. Hefter
Assistant Attorney General     Seth M. Cohen
28 Liberty Street         Alan M. Mendelsohn
New York, NY 10005       **ALSTON & BIRD LLP**
T: (212) 416-8560        90 Park Avenue
Shaina.schwartz@ag.ny.gov    New York, NY 10016
             T: 212-210-9400
             michael.hefter@alston.com
*Attorneys for Defendant*      seth.cohen@alston.com
             alan.mendelsohn@alston.com

             Ziporah Reich
             **THE LAWFARE PROJECT**
             90 Park Avenue
             633 Third Avenue,
             21st Floor New York, NY 10017
             T: 212-339-6995
             ziporah@thelawfareproject.org

             *Attorneys for Plaintiff*