```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
LEAH GARRETT,                                            :
                                                         :
                           Plaintiff,                    :
                                                         :     24-CV-9710 (VSB) (RWL)
             - against -                                 :
                                                         :     OPINION & ORDER
CITY UNIVERSITY OF NEW YORK,                             :
                                                         :
                           Defendant.                    :
                                                         :
---------------------------------------------------------X
```

Appearances:

Alan Marc Mendelsohn
Seth Michael Cohen
Michael C. Hefter
Alston & Bird LLP
New York, NY

Ziporah Reich
The Lawfare Project
New York, NY
*Counsel for Plaintiff*

Alissa Schecter Wright
Shaina Schwartz
Office of the New York State Attorney General
New York, NY
*Counsel for Defendant*

VERNON S. BRODERICK, United States District Judge:

On December 17, 2024, Plaintiff Leah Garrett ("Plaintiff" or "Garrett") filed a complaint against City University of New York ("CUNY" or "Defendant") alleging that CUNY failed to combat antisemitism on campus and violated Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e. (*See generally* Doc. 1 ("Compl.").) She also brought associated state law claims. (*Id.*

¶¶ 127–48.)  On March 10, 2025, CUNY moved to dismiss the Complaint, (Doc. 11), accompanied by a memorandum of law, (Doc. 12).  On March 13, 2025, I referred the case to Magistrate Judge Robert W. Lehrburger for general pretrial purposes and for a Report and Recommendation on Defendant's motion to dismiss.  (Doc. 15.)  On April 24, 2025, Plaintiff filed an opposition to the motion to dismiss.  (Doc. 22.)  On May 12, 2025, the United States Department of Justice filed a Statement of Interest pursuant to 28 U.S.C. § 517 "to address the application of Title VII . . . on college campuses."  (Doc. 28 at 2.)  Defendant filed its reply brief on May 29, 2025, (Doc. 31), and on September 16, 2025, Magistrate Judge Lehrburger heard oral argument on the motion to dismiss.  (Doc. 39.)  On September 17, 2025, Plaintiff voluntarily dismissed three state law claims included in her Complaint without prejudice to refiling them in state court.  (Doc. 38.)  Thus, the Title VII claim is the only claim remaining in the Complaint.

On December 15, 2025, Magistrate Judge Lehrburger issued a 45-page Report and Recommendation (the "Report and Recommendation" or "Report") recommending that I deny Defendant's motion to dismiss because Plaintiff's Complaint plausibly alleged a hostile work environment claim under Title VII, and the case "ought to proceed to discovery."  (Doc. 41 ("Report) at 41.)

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  "To accept the report and recommendation of a magistrate [judge], to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record."  *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985); *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) ("I am permitted to adopt those sections of a

magistrate judge's report to which no specific objection is made, so long as those sections are not facially erroneous." (internal quotation marks omitted) (cleaned up)).

      Although the Report explicitly provided that "[p]ursuant to 28 U.S.C. § 636(b)(1) and Rules 72, 6(a), and 6(d) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days to file written objections to this Report and Recommendation," (Report 44), no party filed an objection or requested additional time to do so.  I have reviewed Judge Lehrburger's Report and Recommendation for clear error and, after careful review, find none.  I therefore ADOPT the Report and Recommendation in its entirety.  The Clerk of Court is respectfully directed to close the motion at Document 11.

SO ORDERED.

Dated:     March 13, 2026
           New York, New York

                                                          Vernon S. Broderick
                                                          United States District Judge