

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

June 3, 2026

**By ECF**
Honorable Robert W. Lehrburger
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Garrett v. City Univ. of New York*, No. 24-cv-9710 (VSB)(RWL)

Dear Judge Lehrburger:

This Office represents defendant City University of New York ("CUNY") in the above-referenced matter.  We write to correct certain misrepresentations in Plaintiff's letter dated June 1, 2026 (ECF No. 70) and to oppose Plaintiff's requested expert discovery schedule.

First, as Plaintiff acknowledges, the deadline to meet and confer on a schedule for expert disclosures was May 11, 2026 (ECF 65).  Plaintiff did not even attempt to meet that deadline; instead, one business day before a prior scheduling order's deadline to disclose expert reports, Plaintiff emailed Defendant a proposed expert schedule.  Therefore, Plaintiff's request is untimely.

Second, to the extent the court adopts a schedule for expert discovery, the schedule proposed by Plaintiff does not accurately reflect what the parties discussed, nor does it afford sufficient time for any disclosures by Defendant.  On May 29, 2026, Plaintiff sent an email proposing the following schedule:  (1) expert reports to be served by June 29, 2026; (2) rebuttal expert reports to be served by July 29, 2026; and (3) all expert depositions to be completed by August 28, 2026.  Defendant's response reiterated that Plaintiff's request was untimely and reserved all rights.  Nonetheless, Defendant stated that "if the court is inclined to set a schedule for expert discovery, we would ask for an additional 3 weeks for rebuttal experts (until August 19), with the deadline for expert depositions by September 25."  Plaintiff did not respond.  Instead, Plaintiff filed a letter with the court, which purported to "incorporat[e]" Defendant's proposal (ECF No. 70).  But Plaintiff's proposed schedule did not include the additional time for Defendant's expert reports, and unilaterally added a third round of reports (i.e., rebuttal reports), which were never discussed and are not warranted.  Accordingly, Defendant respectfully requests that if the court sets a schedule for expert discovery, that it adopt the following schedule:  (1) Plaintiff's expert reports to be served by June 29, 2026; (2) Defendant's expert reports to be served by August 19, 2026; and (3) expert depositions to be completed by September 25, 2026.

---

Honorable Robert W. Lehrburger                                          Page 2 of 2
June 3, 2026

        Thank you for your time and attention to this matter.

                                        Respectfully submitted,

                                        /s/ *Alissa S. Wright*
                                        Alissa S. Wright
                                        Assistant Attorney General
                                        28 Liberty Street
                                        New York, New York 10005
                                        Alissa.Wright@ag.ny.gov
                                        212-416-6035

cc:      All counsel of record (via ECF)