UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
LEAH GARRETT,                                    :

                              Plaintiff,         :         24-CV-9710 (VSB) (RWL)
                                                 :
          - against -                            :
                                                 :         **ORDER**
CITY UNIVERSITY OF NEW YORK,                     :
                                                 :
                              Defendant.         :
--------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's letter motion to reset the expert discovery schedule is GRANTED in part as follows:   Plaintiff's expert disclosures shall be completed by **June 29, 2026**; Defendant's expert disclosures shall be completed by **August 19, 2026**; expert depositions shall be completed by **September 25, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at Dkt. 70.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: June 3, 2026
          New York, New York

Copies transmitted this date to all counsel of record.

1