

**Office of the New York State**
**Attorney General**

**Letitia James**
**Attorney General**

June 15, 2026

Granted.

SO ORDERED:

6/16/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**By ECF**
Honorable Robert W. Lehrburger
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:    *Garrett v. City Univ. of New York*, No. 24-cv-9710 (VSB)(RWL)

Dear Judge Lehrburger:

This office represents defendant City University of New York ("CUNY") in the above-referenced matter. I write to respectfully confirm that CUNY's deadline to respond to Plaintiff's Motion to Compel Unredacted Documents (ECF No. 74) (the "Motion") is June 24, 2026.

Plaintiff filed a Motion to Compel Unredacted Documents on June 11, 2026. *See* ECF No. 74. Pursuant to the Court's Individual Rules, CUNY's deadline to respond to the Motion is June 16, 2026. However, Plaintiff's motion included a request that CUNY's deadline to respond be extended to June 24, 2026 to allow additional time to meet and confer. *Id.*, at p. 2. Plaintiff's motion noted Plaintiff's consent to CUNY's request. *Id.*

As of the time of filing the Court had not issued an order regarding CUNY's deadline to respond to Plaintiff's Motion. Thus, I write to respectfully confirm that CUNY's deadline to respond to Plaintiff's Motion is June 24, 2026.

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ *Shaina Schwartz*
Shaina L. Schwartz
Assistant Attorney General
28 Liberty Street
New York, New York 10005
shaina.schwartz@ag.ny.gov
212-416-8560