**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

September 30, 2026

**By ECF**
Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Garrett v. City Univ. of New York*, No. 24-cv-9710 (VSB)(RWL)

Dear Judge Broderick:

This Office represents defendant City University of New York ("CUNY") in the above-referenced matter. I write to inform the Court that discovery in this matter is now closed. *See* Order dated June 3, 2026 (ECF No. 72). CUNY intends to file a motion for summary judgment pursuant to Fed. R. Civ. P. 56.

CUNY respectfully requests that the Court enter the following briefing schedule for CUNY's anticipated motion for summary judgment:

- CUNY's deadline to file its motion for summary judgment: November 24, 2026;
- Plaintiff's deadline to file its opposition: January 25, 2027;
- CUNY's deadline to file its reply: February 26, 2027.[1]

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ *Shaina Schwartz*
Shaina L. Schwartz
Assistant Attorney General
28 Liberty Street
New York, New York 10005
shaina.schwartz@ag.ny.gov
212-416-8560

[1] I reached out to Plaintiff's counsel about this proposal, and Plaintiff takes no position regarding whether the Court should grant CUNY the opportunity to file its motion for summary judgment but consents to the above briefing schedule.