**Office of the New York State Attorney General**

**Letitia James**
**Attorney General**

November 20, 2026

**By ECF**
Honorable Vernon S. Broderick
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Garrett v. City Univ. of New York*, No. 24-cv-9710 (VSB)(RWL)

Dear Judge Broderick:

This Office represents defendant City University of New York ("CUNY") in the above-referenced matter. I write to update the Court that Plaintiff consents to CUNY's request for an extension of time -- from November 24, 2026 to December 4, 2026 -- for CUNY to file its motion for summary judgment.

When CUNY filed its request earlier today (ECF No. 81), Plaintiff had not responded to my email requesting her consent to CUNY's requested extension. I subsequently received an email from Plaintiff's counsel that they consent to CUNY's requested extension provided that Plaintiff's deadline to file her opposition to CUNY's motion is extended by a corresponding number of days. Thus, CUNY respectfully requests that the Court adjourn the briefing schedule on CUNY's motion for summary judgment as follows:

| Deadline | Current Date | New Date |
|---|---|---|
| Deadline for CUNY to file its motion for summary judgment | November 24, 2026 | December 4, 2026 |
| Plaintiff's deadline to file her opposition | January 25, 2027 | February 4, 2027 |
| CUNY's deadline to file its reply | February 26, 2027 | March 8, 2027 |

Thank you for your time and consideration of this request.

Respectfully submitted,

/s/ *Shaina Schwartz*
Shaina L. Schwartz
Assistant Attorney General
28 Liberty Street
New York, New York 10005
shaina.schwartz@ag.ny.gov
212-416-8560